# EXHIBIT G

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
92218595 - 372700
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed In: Florida (S.O.S.)

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2014 Oct 14 01:47 PM
****** 201402389696 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: OPHARMA GROUP LLC

1c. MAILING ADDRESS: 4733 W ATLANTIC AVE, SUITE 2
CITY: DELRAY BEACH
STATE: FL
POSTAL CODE: 33445
COUNTRY: USA

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME:

3a. ORGANIZATION'S NAME: McKesson Corporation and its affiliates

3c. MAILING ADDRESS: 401 Mason Road
CITY: La Vergne
STATE: TN
POSTAL CODE: 37086
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
McKesson's interest includes a security interest in all of Customer's personal property, both now owned and hereafter acquired, together with all attachments, replacements, substitutions, additions, and accessions, and all cash and non-cash proceeds thereof (collectively, the Collateral). All items of Collateral shall remain personal property and shall not become part of any real estate regardless of the manner of affixation. This security interest shall continue in effect irrespective of any retaking and redelivery of Collateral to Customer until all Obligations are fully paid in cash. The security interest granted hereby shall be deemed to constitute a purchase money security interest in any and all Collateral purchased by Customer either directly from McKesson (thereby securing payment of the purchase price) or from a third party using proceeds of loans or advances made by McKesson (thereby securing repayment of such loans or advances). Customer authorizes McKesson to send notices to any other persons claiming a security interest in any of the Collateral.

8. OPTIONAL FILER REFERENCE DATA: BW 10159625

Ref // 92218595

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808