UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MCKESSON PLASMA AND
BIOLOGICS, LLC, a Delaware
corporation,

      Plaintiff,

vs.                              CASE NO. 6:21-cv-361-RBD-GJK

OPHARMA GROUP LLC;
RAJESH A. PATEL, individually;
SUSAN SCHLEIFER, individually;
and EDELMIRA LARA, individually,

      Defendants.
_____/

**PLAINTIFF MCKESSON PLASMA AND BIOLOGICS, LLC'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*McKesson Corporation v. Opharma Group LLC, et al.*, No. 6:21-cv-422- WWB-LRH (M.D. Fla.); *McKesson Specialty Care Distribution, LLC v. Opharma Group LLC, et al.*, No. 6:21-cv-364-RBD-GJK (M.D. Fla.).

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: March 9, 2021

*/s/ Kathleen S. McLeroy*
Kathleen S. McLeroy
Florida Bar No. 856819
Caycee D. Hampton
Florida Bar No. 0100922
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone:  813.223.7000
Facsimile:   813.229.4133
Email:  kmcleroy@carltonfields.com
             champton@carltonfields.com

*Attorneys for Plaintiff*